**UNITED FUEL GAS CO. v. Edward A. HOLT-ZAPFEL, as Administrator of the Estate of Rose Holtzapfel, Deceased.**

No. 5572.

Circuit Court of Appeals, Sixth Circuit.

January 6, 1930.

A. R. Johnson, of Ironton, Ohio, for appellant.

Corn & Jenkins, of Ironton, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

**UNITED STATES v. AMERICAN NATIONAL BANK, a Corporation, Conservator of the Estate of Edward Anderson, Mental Incompetent.**

No. 89.

Circuit Court of Appeals, Tenth Circuit.

August 9, 1929.

George Stephan, U. S. Atty., and Richard A. Toomey, Regional Atty. U. S. Veterans' Bureau, both of Denver, Colo., for appellant.

Kenaz Huffman and Luke Kavanaugh, both of Denver, Colo., for appellee.

Before LEWIS, COTTERAL, and PHILLIPS, Circuit Judges.

PER CURIAM.

Dismissed August 9, 1929, on stipulation.

**UNITED STATES of America, Appellant, v. Hector L. BACIGALUP, Appellee.**

No. 6189.

Circuit Court of Appeals, Ninth Circuit.

July 7, 1930.

Before WILBUR, Circuit Judge, and KERRIGAN, District Judge.

PER CURIAM.

Pursuant to motion of appellant and stipulation of counsel for respective parties, ordered appeal in above cause dismissed, that a decree of dismissal be filed and entered, and that mandate issue forthwith.

**UNITED STATES of America, Appellant, v. Jose DOMINGUEZ, Appellee.**

No. 6201.

Circuit Court of Appeals, Ninth Circuit.

July 28, 1930.

Before WILBUR, Circuit Judge, and LOUDERBACK, District Judge.

PER CURIAM.

Upon motion of counsel for the appellant, ordered appeal dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.

**UNITED STATES of America, Appellee, v. Alvin FELSHIR, Otherwise Known as Alvin Felshin, Appellant.**

No. 370.

Circuit Court of Appeals, Second Circuit.

May 19, 1930.

Louis Jersawitz, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (James Hendrick Terry, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.